**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**NEIMA FAIZ JOSEPH**


## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-o0O0o-


**NEIMA FAIZ JOSEPH,**                                    No.   2:13-CV-02628-CMK

                **Plaintiff,**

                                                  **STIPULATION AND  ORDER**
                                                  **EXTENDING PLAINTIFF'S**
                                                  **TIME TO FILE**
      **v.**                                                    **MOTION FOR SUMMARY**
                                                  **JUDGMENT**

**Carolyn Colvin,**
   **Acting Commissioner of Social Security,**

                      **Defendant.**
_____/

       IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion

for summary judgment is extended to September 17, 2014.

       This is the first extension.

1

Dated: September 15, 2014                    /s/   Jesse S. Kaplan
                                             JESSE S. KAPLAN
                                             Attorney for Plaintiff


Dated: September 15, 2014                     /s/ per e-mail authorization

                                             KEVIN G. GILL
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant


                              ORDER


        Based on the foregoing stipulation, the requested extension of plaintiff's time to file a

motion for summary judgment is extended to September 17, 2014

        SO ORDERED.


Dated:  September 16, 2014

                                             CRAIG M. KELLISON
                                             UNITED STATES MAGISTRATE JUDGE